# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorrie Amitrano, | No. CV-23-00144-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| UnitedHealth Group, | |
| Defendant. | |

    This matter was referred to Magistrate Judge D. Thomas Ferraro for the purpose of holding a settlement conference. (Doc. 68.) A settlement conference was held and the parties reached a settlement. (Doc. 71, 76.) Thereafter, the parties were unable to reach an agreement regarding the terms of a proposed order dismissing the case. (Doc. 77.) The parties requested that the Magistrate Judge assist them in resolving the dispute. (*Id.*)

    On April 8, 2024, Magistrate Judge Ferraro issued a Report and Recommendation recommending that the district court enter the form of order attached as Exhibit B. (Doc. 77 at 4.) The Parties were directed to file any objections within fourteen days of the Report and Recommendation. (*Id.* at 1-2.) Neither party objected. Accordingly,

//
//
//
//
//

1   **IT IS ORDERED** this Court adopts the Report and Recommendation of Magistrate
2   Judge D. Thomas Ferraro. (Doc. 77.) The Court will enter the form of order attached to the
3   Report and Recommendation as Exhibit B. (*Id.* at 4.)
4   Dated this 25th day of April, 2024.

_____
Jennifer G. Zipps
United States District Judge